**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

|  |  |
|---|---|
| **VICTORIA SCHILLING and** | ) |
| **ALBERT SCHILLING** | )　**CIVIL ACTION NO.** |
|  | ) |
|  | ) |
| **vs.** | ) |
|  | ) |
| **THE HERTZ CORPORATION** | )　**September 17, 2013** |

_____ )

## <u>COMPLAINT</u>

### <u>JURISDICTION</u>

1.      Plaintiffs Victoria Schilling and Albert Schilling are citizens of the State of Connecticut.

2.      Defendant The Hertz Corporation (hereafter "Hertz") is a New Jersey corporation with a principal place of business in New Jersey.

3.      This Court has jurisdiction under 28 U.S.C. § 1332(a) because the parties are citizens of different states and the amount in controversy exceeds $75,000.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(a) in that a substantial part of the events or omissions giving rise to plaintiffs' claims occurred in this District; the accident at issue occurred in this District; and the plaintiffs live in this District.

**COUNT ONE:**        **(Victoria Schilling - Negligence)**

5.        On or about November 15, 2011, at approximately 8:30 a.m., Victoria Schilling was walking across the parking lot property of 720 Post Road, in Fairfield, Connecticut, which was under the care and control of defendant, Hertz.

6.        At that same date and time, Jonathan Bostic, (hereafter "Bostic") an employee of Hertz, was operating a Ford motor vehicle , registration number FEW5286 and was backing up the vehicle, on the property described above, when he struck Victoria Schilling knocking her to the ground..

7.        The Ford vehicle operated by Bostic was owned by Hertz Vehicles.

8.        At all relevant times Bostic was an employee of Hertz.

9.        At all relevant times Bostic was acting for the benefit of and in the course and scope of his employment by Hertz.

10        A substantial factor causing the collision and the injuries to Victoria Schilling was the negligence of Bostic, including but not limited to one or more of the following:

    a.        He was inattentive and failed to keep a proper lookout for pedestrians;

    b.        He failed to take evasive action to avoid the collision;

    c..        He failed to apply his brakes to avoid the collision; and,

    d.        He failed to maintain the motor vehicle under his control.

11.     The force of the collision led to serious and permanent injuries to Victoria Schilling.

12.     As a result, Victoria Schilling suffered lost wages and a loss of her earning capacity.

13.     As a further result, Victoria Schilling has incurred and will continue to incur hospital, surgical, rehabilitation and other medical expenses all to her financial loss.

14.     As a further result, Victoria Schilling has suffered a loss of her ability to carry on and enjoy all of life's activities.

15.     As a further result of the injuries sustained by Victoria Schilling she has suffered and continues to endure pain and suffering.

16.     Hertz is responsible for all damages caused by the negligence of Bostic.

**COUNT TWO:**      __(Albert Schilling - Loss of Consortium)__

17-23.  The plaintiff Albert Schilling repeats and realleges the allegations of Paragraphs 5 through 11 of Count One as Paragraphs 17 through 23 of this Count Two with the same force and effect as if fully set forth herein.

24.     As a result of the conduct of the defendant Hertz, through its agents, servants or employees, as described in this Count, Albert Schilling has suffered a loss of affection, care, companionship and consortium of his wife Victoria Schilling, for which he is entitled to damages.

**COUNT THREE:**   **(Albert Schilling- Bystander Emotional Distress)**

25-31.  The plaintiff Albert Schilling repeats and realleges the allegations of Paragraphs 5 through 11 of Count One as Paragraphs 25 through 31 of this Count Three with the same force and effect as if fully set forth herein.

32.     As a result of the conduct of the defendant Hertz, through its agents, servants or employees, as described in this Count, Albert Schilling has suffered severe emotional distress in that he saw is wife. Victoria Schilling struck by the Hertz vehicle causing her to fall severely injured to the ground.

WHEREFORE, the plaintiffs pray for the following relief:

    1.    Compensatory damages in the amount of $5,000,000.00 plus costs;

    2.    Such other relief as the Court deems appropriate.

THE PLAINTIFFS


By /s/ William M. Bloss
    William M. Bloss
    Federal Bar No. ct01008
    Koskoff Koskoff & Bieder
    350 Fairfield Avenue
    Bridgeport, Connecticut 06604
    TEL:  203-336-4421
    FAX: 203-368-3244
    Email: bbloss@koskoff.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **VICTORIA SCHILLING and** ) | |
| **ALBERT SCHILLING** ) | **CIVIL ACTION NO.** |
| ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **THE HERTZ CORPORATION** ) | **September 17, 2013** |
| ) | |

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civil P., Rule 38, Plaintiffs in the above-captioned matter hereby

demand a trial by jury on all issues.

THE PLAINTIFFS

By /s/ William M. Bloss

    William M. Bloss
    Federal Bar No. ct01008
    Koskoff Koskoff & Bieder
    350 Fairfield Avenue
    Bridgeport, Connecticut 06604
    TEL:  203-336-4421
    FAX: 203-368-3244
    Email: bbloss@koskoff.com