UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTORIA SCHILLING and ALBERT SCHILLING | ) ) CIV. ACTION NO. 3:13cv01362 RNC |
| vs. | ) ) ) ) ) |
| THE HERTZ CORPORATION | ) May 13, 2014 ) |

## MOTION TO DISMISS

Plaintiffs hereby move to dismiss this case, with prejudice and without costs, pursuant to Fed. R. Civ. P. 41(a)(2), a settlement of all claims having been reached with the assistance of U.S. Magistrate Judge Donna F. Martinez. Plaintiffs forwarded closing papers to defense counsel on May 9, 2014, and while settlement proceeds have not yet been received the parties agree that the settlement has been reached and there is no further reason to maintain this case on the active docket. The parties appreciate the Court's patience while this matter was in mediation. All parties concur that this motion should be granted.

THE PLAINTIFFS

By    /s/ WILLIAM M. BLOSS
William M. Bloss
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Tel:  203-336-4421
Fax:  203-368-3244
Juris No. 32250

## CERTIFICATE OF SERVICE

This is to certify that on May 13, 2014, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the District of Connecticut's Local Rules, and/or the District of Connecticut's rules on Electronic Service upon the following parties and participants:

Joseph E. Mascaro, Esq.
Michael R. Keller, Esq.
Morrison, Mahoney LLP-CT
One Constitution Plaza, 10th Floor
Hartford, CT 06103-1810

      /s/ WILLIAM M. BLOSS
   William M. Bloss